PARSONS BEHLE & LATIMER
FRANCIS M. WIKSTROM (#3462)
fwikstrom@parsonsbehle.com
JULIETTE PALMER WHITE (#9616)
jwhite@parsonbehle.com
201 South Main Street, Suite 1800
Salt Lake City, UT  84111

KEKER & VAN NEST LLP
BENJAMIN W. BERKOWITZ (pro hac vice pending)
bberkowitz@kvn.com
NICHOLAS D. MARAIS (pro hac vice pending)
nmarais@kvn.com
633 Battery Street
San Francisco, CA  94111-1809

Attorneys for Defendant-Counterclaimant GOFUNDME, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FUNDME.COM, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>GOFUNDME, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 2:16-cv-00104-PMW<br><br>**GOFUNDME, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:      Hon. Paul M. Warner |
| GOFUNDME, INC., a Delaware corporation,<br><br>            Counterclaimant,<br><br>      v.<br><br>FUNDME.COM, INC., a Delaware corporation,<br><br>            Counterclaim-Defendant. | |

TO THE COURT, PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant-Counterclaimant GOFUNDME, INC. ("GoFundMe") states that it does not have a parent corporation and no publicly held company owns 10% or more of GoFundMe's stock.

RESPECTFULLY SUBMITTED this 20th day of May, 2016.

                PARSONS BEHLE & LATIMER

By:  /s/ Francis M. Wikstrom
     FRANCIS M. WIKSTROM
     JULIETTE P. WHITE

     KEKER & VAN NEST LLP
     BENJAMIN W. BERKOWITZ
     NICHOLAS MARAIS

     Attorneys for Defendant-Counterclaimant
     GOFUNDME, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of May, 2016, I caused to be electronically filed the foregoing with the Court by CM/ECF and the Court will send electronic notification to all counsel.

                                         /s/ Francis M. Wikstrom

4852-8653-3425 v1