# Exhibit E

**Invoice and purchase agreement for FUNDME.COM dated June 26, 2012. Bates numbered DUNN00005678 – 80.**



## Moniker

*Invoice for escrow transaction*
Tue Jun 26 10:01:50 EDT 2012

To: Domain Admin
Street: 2800 NE 59 Court
City: Fort Lauderdale   State: FL   ZIP: 33308
Email: domains@seoventures.com   Phone: 1 9546460011

| Service | Cost |
|---|---|
| Domain name purchase FUNDME.COM | $10,000.00 (USD) |
| Escrow, legal and transaction service | $200.00 (USD) |
| Expedited transfer service | Included |
| Buyer Signature: | |
| **Escrow total amount** | **$10,200.00 (USD)** |
| Payment plan - 6 months | |
| PENDING PAYMENT 1 of 6 | $1,866.67 (USD) |

| Buyers Payment Schedule | Amount Due Escrow |
|---|---|
| 2012-07-25 | $1,866.67 (USD) |
| 2012-08-25 | $1,666.67 (USD) |
| 2012-09-25 | $1,666.67 (USD) |
| 2012-10-25 | $1,666.67 (USD) |
| 2012-11-25 | $1,666.67 (USD) |
| 2012-12-25 | $1,666.65 (USD) |

Moniker Account ID: 141040

Transaction ID: 5439

Click here to Pay using PayPal (please note an additional 4% service fee will apply)

If Paying by Check please make the check payable to

Moniker Online Services, LLC
Mail To: P.O. Box 8272
Pasadena, CA 91109-8272

If paying by wire use the following information
**Domestic:**

EXHIBIT 8
WIT: Dunn
DATE: 12-18-16
Gail Verbano, CSR, CRR, RDR

Beneficiary Name: Moniker Online Services, LLC
Beneficiary Address: 515 S. Flower St, Suite 4400 Los Angeles, CA 90071
Account Number: 1894285822
ABA/Routing Number: 121137522
Bank: Comerica Bank
Bank Address: 333 W. Santa Clara Street San Jose, CA 95113
Comments: Escrow TRX 5439

**International:**

Beneficiary Name: Moniker Online Services, LLC
Beneficiary Address: 515 S. Flower St, Suite 4400 Los Angeles, CA 90071
Account Number: 1894285822
Swift: MNBDUS33
Bank: Comerica Bank
Bank Address: 333 W. Santa Clara Street San Jose, CA 95113
Comments: Escrow TRX 5439

BUYER agrees to pay the total purchase price of $10,200.00 (US Dollars) including escrow and legal fees for the Domain Name(s) as listed above to SELLER through its escrow account. Upon the completed payment to escrow, SELLER agrees to transfer domain name to Buyer through the DomainSystems.com Escrow account located at the ICANN Accredited Registrar www.Moniker.com. When both the domain name and the funds have been received in escrow, Seller/DomainSystems, Inc. will wire funds to Current Registrant of Record as per the bank wire instructions sent via email by current registrant. SELLER will provide all reasonable cooperation to DomainSystems, Inc. and BUYER to ensure the swift transfer of the DOMAIN NAME.

BUYER agrees to indemnify and hold SELLER, its agents and affiliates, harmless from any and all liability or claims or controversies that may arise due to the sale of the DOMAIN NAME or which may arise out of or in connection with this agreement. BUYER and SELLER agree to indemnify and hold DomainSystems/Moniker.com, its agents and affiliates, harmless from any and all liability or claims or controversies that may arise due to the sale of the DOMAIN NAME or which may arise out of or in connection with this agreement.

SELLER and BUYER both represent to the other that it has full authority to enter into this agreement and perform its terms. BUYER agrees to take control of the DOMAIN NAME and BUYER acknowledges it is solely responsible for renewing the DOMAIN NAME registration(s) with the registrar of record prior to the expiration date listed in "Whois". The registrar of record can be determined by searching at www.Moniker.com after transfer has been completed.

SELLER and BUYER acknowledge that DomainSystems, Inc. will become the legal owner and registrant of the DOMAIN NAME during the escrow process before reselling the DOMAIN NAME to the BUYER.

All correspondences regarding this AGREEMENT should be addressed to:

DomainSystems, Inc.
20 SW 27th Ave. Suite 201
Pompano Beach, FL 33069
Phone: 954-984-8445
Fax: 954-969-9155
escrow@moniker.com

This agreement is subject to the laws of the State of Florida as per the Escrow Agent and Registrar location of business. Seller and Buyer agrees to waive questions of jurisdiction and venue and agrees that all disputes brought by Seller or Buyer shall be in the courts of Dade County, Florida.

**BUYER**

Sign: _[signature]_
Name: ALAN DUNN
Date: 6-26-12

**SELLER**

Sign: _____

Name: _____

Date: _____

DUNN00005680