IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FUNDME.COM, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>GOFUNDME, INC., a Delaware corporation,<br><br>        Defendant–Counterclaimant. | **ORDER OF DISMISSAL**<br><br><br><br>Case No. 2:16-cv-00104-DN-EJF<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |
| GOFUNDME, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>v.<br><br>FUNDME.COM, a Delaware corporation, IDEA PARTNERSHIP OF UTAH, LLC, a Utah corporation, CROWD ENGINE, INC., a Delaware corporation, and JAMES BORZILLERI, an individual,<br><br>        Counterclaim–Defendants. | |

Based on the parties' Joint Stipulation of Dismissal,[1] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and DUCivR 54-1(d), and for good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.        The parties' Joint Stipulation of Dismissal[2] is GRANTED.

---

[1] Docket no. 112, filed Oct. 30, 2017.

[2] *Id*.

2. Fundme.com, Inc.'s Complaint,[3] and each of the five causes of action alleged therein are DISMISSED WITH PREJUDICE.

3. GoFundMe, Inc.'s defensive counterclaim for trademark cancellation (GoFundMe's Eighth Cause of Action)[4] and each of GoFundMe, Inc.'s affirmative defenses[5] are not ripe, and are DISMISSED WITHOUT PREJUDICE.

4. GoFundMe, Inc.'s counterclaim for infringement against Fundme.com, Inc. and each of its first seven causes of action[6] are DISMISSED WITH PREJUDICE.

5. Fundme.com, Inc's affirmative defenses[7] are not ripe, and are DISMISSED WITHOUT PREJUDICE.

6. Each party shall bear its own costs, expenses, and attorneys' fees.

7. The Clerk is directed to CLOSE this case.

Signed October 31, 2017.

BY THE COURT

David Nuffer
United States District Judge

---

[3] Docket no. 2, filed Feb. 4, 2016.

[4] GoFundMe, Inc.'s Answer and First Amended Counterclaims at 40-42, docket no. 88, filed June 23, 2017.

[5] *Id*. at 9-12.

[6] *Id*. at 32-40.

[7] Answer to First Amended Counterclaims at 24-26, docket no. 101, filed Aug. 2, 2017.